1  ARASTO FARSAD (SBN: 273118)
   NANCY WENG (SBN: 251215)
2  FARSAD LAW OFFICE, P.C.
   1625 The Alameda, Suite 525
3  San Jose, CA 95126
   Telephone: 408-641-9966
4  Fax: 408-866-7334
   Email addresses: nancy@farsadlaw.com
5  farsadlaw1@gmail.com

6  Attorneys for Plaintiffs:
   NENITA B. SAMPAYAN
7  AND ALBERTO Z. SAMPAYAN

8
   Nathaniel R. Lucy, Esq. (SBN: 260796)
9  Laura E. Malkofsky, Esq. (SBN (142536)
   ERICKSEN ARBUTHNOT
10 210 North Fourth Street, Suite 350
   San Jose, CA 95112
11 Tel: 9408) 286-0880
   Fax: (408) 286-0337
12

13 Attorneys for Defendant:
   REAL TIME RESOLUTIONS, INC.
14

15                      UNITED STATES DISTRICT COURT

16                      EASTERN DISTRICT OF CALIFORNIA

17

| 18 | NENITA B. SAMPAYAN AND ALBERTO Z. SAMPAYAN, | Case No. 2:20-CV-00424-JAM-KJN |
|----|---------------------------------------------|--------------------------------|
| 19 |                                             | **ORDER DISMISSING CASE**      |
| 20 | Plaintiffs,                                 |                                |
| 21 | v.                                          | Judge: Honorable John A. Mendez |
| 22 | REAL TIME RESOLUTIONS, INC. et. al.,        | Complaint filed: December 3, 2019 |
| 23 |                                             | Trial date: TBD                |
| 24 | Defendants.                                 |                                |

27    Based on the JOINT STIPULATION REGARDING DISMISSAL WITH PREJUDICE

28 filed by the parties (Dkt. 5), IT IS HEREBY ORDERED that this case is dismissed with

prejudice, with each side to bear its own costs and fees. The Clerk shall close this file. All deadlines and hearings are also vacated.

   IT IS SO ORDERED.

Date: May 11, 2020

          /s/ John A. Mendez

          HON. JOHN A. MENDEZ
          UNITED STATES DISTRICT COURT JUDGE